THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTIS LUKE WASHINGTON, Appellant.— In the interests of justice a reargument is directed for the September, 1953, Term of this court. Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur.